**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ADAM LAMPARELLO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-cv-469 (MTT)** |
| | ) | |
| **CATHY COX, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**CONSENTED-TO MOTION TO WITHDRAW OF LEAD COUNSEL AND LOCAL COUNSEL TO PLAINTIFF, ADAM LAMPARELLO**

Attorneys for Plaintiff, Adam Lamparello, Michael Thad Allen (lead counsel) and Robyn A. Painter (local counsel), have moved to withdraw as Plaintiff's counsel at Plaintiff's instruction and with his express consent. The Court, having reviewed counsel's motion, finds that they have met the requirements of Middle District of Georgia Local Rule 83.1.4.

It is therefore **ORDERED** that counsel of record for Plaintiff Adam Lamparello are granted leave to withdrawal effective on the date of this Order's entry;

It is further **ORDERED** that all pending deadlines are extended by 30 days from the date of this Order's entry.

**SO ORDERED**, this 6th day of October, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT